UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEBRA JOHNSON, as the Administratrix of the
ESTATE of JOSEPH KING, Deceased, and
CORINNE TRUESDALE, as the
Guardian of the Property of JOSEPH EUGENE
MALACHI, Infant Son of the Deceased,      09 CV 719 (GLS/DRH)

                          Plaintiffs,

                                                    **ORDER**

            –against–

LESTER N. WRIGHT, M.D., M.P.H., Associate
Commissioner/ Chief Medical Officer, for the
New York State Department of Correctional Services
("DOCS"), GLENN S. GOORD, former Commissioner
of DOCS, SUBBARO RAMINENI, M.D., and
MARVIN RABINOWITZ, M.D.,

                          Defendants.
-----------------------------------------------------------------X

      IT IS ORDERED that pursuant to Fed.R.Civ.P. Rule 41 (a)(1) and the NOTICE OF

VOLUNTARY DISMISSAL and signed Consents of Plaintiffs DEBRA JOHNSON, as the

Administratrix of the Estate of JOSEPH KING, and CORINNE TRUESDALE, as the Guardian

of the Property of JOSEPH EUGENE MALACHI, Infant Son of the Deceased, this action is

voluntarily dismissed against the named defendants.

                                                                _Gary L. Sharpe_
                                                         U.S.D.J.

Dated: November 3, 2009